```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :    INDICTMENT

          - v. -                  :    07 CRIM 1179

ANWAR BUCKLEY,                    :
     a/k/a "Anwar Buckhey,"
                                  :
          Defendant.
                                  :
- - - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 14 2007

## COUNT ONE

The Grand Jury charges:

On or about September 28, 2007, in the Southern District of New York, ANWAR BUCKLEY, a/k/a "Anwar Buckhey," the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about May 3, 2007, in New York Supreme Court, New York County, of criminal sale of a controlled substance in the fourth degree, a violation of New York Penal Law 220.34(1), a Class C felony, unlawfully, willfully, and knowingly, did possess in and affecting commerce, a firearm and ammunition, to wit, a Glock .40 caliber semiautomatic pistol and .40 caliber Speer and Federal ammunition, which previously had been shipped and transported in interstate commerce.

(Title 18, United States Code, Section 922(g)(1).)

_____                    _____
FOREPERSON                                 MICHAEL J. GARCIA
                                           United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ANWAR BUCKLEY,
a/k/a "Anwar Buckhey,"

Defendant.

INDICTMENT

07 Cr.

(18 U.S.C. § 922(g)(1))


　　　　　　　　　　　　　　MICHAEL J. GARCIA
　　　　　　　　　　　　　　United States Attorney.

**A TRUE BILL**

_____
　　　　　　　　　　　　　　　　Foreperson.

12/14/07 Filed Indictment. Case Assigned to Judge Koeltl. of Mag. Judge Katz